01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  RUSSELL L. O'BRIEN,                   )
                                          )   CASE NO. C13-2059-TSZ-MAT
09          Plaintiff,                    )
                                          )
10      v.                                )
                                          )
11  COMMANDER G. KARLSSON, *et al.*,      )   ORDER DENYING PLAINTIFF'S
                                          )   SECOND MOTION FOR
12          Defendants.                   )   APPOINTMENT OF COUNSEL
    _____)

13

14          This matter comes before the Court on plaintiff's second motion for appointment of

15  counsel.   The Court, having reviewed plaintiff's motion, and the balance of the record, hereby

16  finds and ORDERS as follows:

17          (1)     Plaintiff's second motion for appointment of counsel (Dkt. 20) is DENIED.   As

18  plaintiff was previously advised, there is no right to have counsel appointed in cases brought

19  under 42 U.S.C. § 1983.   Although the Court, under 28 U.S.C. § 1915(e)(1), can request

20  counsel to represent a party proceeding *in forma pauperis*, the Court may do so only in

21  exceptional circumstances.   *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986);

22  *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th

01  Cir. 1980).

02          Plaintiff has not, at this juncture, demonstrated a likeliehood of success on the merits

03  nor shown that, in light of the complexity of the legal issues involved, he is unable to articulate

04  his claims *pro se*.  Thus, plaintiff has not demonstrated that this case involves exceptional

05  circumstances which warrant appointment of counsel at the present time.

06          (2)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

07  defendants, and to the Honorable Thomas S. Zilly.

08          DATED this 6th day of June, 2014.

09

10

11                                                  Mary Alice Theiler
                                                    Chief United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PLAINTIFF'S SECOND
MOTION FOR APPOINTMENT OF COUNSEL
PAGE -2